H. JAMES LANCE, ESQ., SBN 110815
Attorney at Law
3000 Robinson Creek Road
Ukiah, CA  95482

Telephone:  707/463-1075
Facsimile:  707/462-9386

STEVEN C. MITCHELL, ESQ., SBN 1124644
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California   95404
Telephone:  707/545-1660
Facsimile:  707/545-1876

Attorneys for Defendant
CITY OF WILLITS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3) nonprofit, public benefit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF WILLITS,<br><br>　　　　Defendant. | CASE NO.:  CV 13-3395 EMC<br><br>**STIPULATION RE: FILING OF OPPOSITION TO MOTION TO INTERVENE** |

　　　　WHEREAS, defendant City of Willits recently retained counsel to represent its interests in connection with the above matter;

　　　　WHEREAS, Brooktrails Township Community Services District (hereinafter "Brooktrails") served its motion to intervene both via email and by personal service on the City Manager for the City of Willits on September 9;

　　　　WHEREAS, due to new counsel being retained and confusion as to the manner of service, Brooktrails agrees to extend by three days the deadline to file an Opposition pursuant to Local Rule

1  7-3(a) such that the Opposition shall be filed and served through the Court's electronic case filing

2  (ECF) system no later than September 26, 2013.

3      NOW, THEREFORE, the parties stipulate as follows:

4      1.    The City of Willits shall have until September 26, 2013, to file and serve, through

5  the Court's electronic case filing (ECF) system its Opposition to the motion to intervene filed by

6  Brooktrails Township Community Services District, with a hearing date of October 17, 2013.

7      2.    Any Reply by Brooktrails shall be filed and served not more than seven days after

8  the Opposition is filed and served, pursuant to Local Rule 7-3(c).

DATED: September 24, 2013

By  /s/ *James Lance*
H. JAMES LANCE
Attorneys for Defendant
CITY OF WILLITS

DATED: September 24, 2013

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By  /s/ *Steven C. Mitchell*
STEVEN C. MITCHELL
Attorneys for Defendant
CITY OF WILLITS

DATED: September 24, 2013

NEARY & O'BRIEN

By:  /s/ *Christopher Neary*
CHRISTOPHER NEARY
Attorneys for Moving Party
BROOKTRAILS TOWNSHIP COMMUNITY SERVICES DISTRICT

IT IS SO ORDERED:

GRANTED

Judge Edward M. Chen
U.S. District

LAW OFFICES OF
Geary,
Shea,
O'Donnell,
Grattan &
Mitchell
p.c.

- 2 -
Stipulation Re: Filing of Opposition to Motion to Intervene