H. JAMES LANCE, ESQ., SBN 110815
Attorney at Law
3000 Robinson Creek Road
Ukiah, CA 95482

Telephone: 707/463-1075
Facsimile: 707/462-9386

STEVEN C. MITCHELL, ESQ., SBN 1124644
ROBERT W. HENKELS, ESQ., SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: 707/545-1660
Facsimile: 707/545-1876

Attorneys for Defendant
CITY OF WILLITS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3) nonprofit, public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WILLITS,<br><br>Defendant. | CASE NO.: CV 13-3395 EMC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** |

WHEREAS, pursuant to Order dated November 21, 2013, the parties agreed to mediation, with a presumptive deadline of 90 days from the date of the Order;

WHEREAS, pursuant to Notice of Appointment of Mediator dated December 30, 2013, Steven Weissman was assigned as the Mediator to the case;

WHEREAS, the parties and the Mediator have been working to attempt to schedule a mediation, and due to a combination of the need to complete some discovery, and the respective schedules of counsel and the Mediator, the parties request that the deadline to complete the

LAW OFFICES OF
Geary,
Shea,
O'donnell,
Grattan &
mitchell
p.c.

mediation be extended until April 18, 2014.

NOW, THEREFORE, based upon the foregoing, it is stipulated by the parties as follows:

1. The deadline to complete Mediation is extended to April 18, 2014.

DATED: February 20, 2014            GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By  */s/     Steven C. Mitchell*
    STEVEN C. MITCHELL
    Attorneys for Defendant
    CITY OF WILLITS

DATED: February 20, 2014            LAW OFFICE OF JACK SILVER

By  */s/     Jerry Bernhaut*
    JERRY BERNHAUT
    Attorneys for Plaintiff
    CALIFORNIA RIVER WATCH

## **ORDER**

After reviewing the parties' stipulation, and good cause appearing, the deadline to complete mediation is continued to April 18, 2014. The Further CMC is reset from 3/20/14 to 5/22/14 at 10:30 a.m. An updated joint CMC statement shall be filed by 5/15/14.

IT IS SO ORDERED.

DATED: 2/27/14

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen