UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br>　　　　　Plaintiff,<br>　　v.<br>CITY OF WILLITS,<br>　　　　　Defendant. | Case No.　13-cv-03395-VC<br><br>**ORDER SETTING HEARING**<br>Re: Dkt. No. 62 |

Counsel for the parties, as well as counsel for Brooktrails, are ordered to appear on August 28, 2014 at 1:00 p.m. for a hearing on the propriety of the stipulated request for a dismissal. The Court will allow Brooktrails to state its objections to the dismissal on the record without having to file a motion to intervene. California River Watch may file a response to the briefs submitted by Brooktrails. The response should attach a copy of the settlement agreement as an exhibit. After that, no further briefing is permitted.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____
VINCE CHHABRIA
United States District Judge